| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY | FILED<br>CLERK, U.S. DISTRICT COURT<br>8/5/2019<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: DD DEPUTY |
|---|---|---|
| :Brigitte:Lyn: LaMonte: Sui Juris<br>C/o Aubrey Simpson at<br>35364 Yucaipa Boulevard<br>near Yucaipa, California<br>(909) 351-9728 | FILED<br>JUL 10 2019<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: Deputy Clerk | |
| authorized agent<br>☐ Individual appearing without attorney<br>☐ Attorney for: | | |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>BRIGITTE LYN LAMONTE<br><br>Debtor(s). | CASE NO.: 6:19-BK-14124-WJ<br>ADVERSARY NO.: (if applicable)<br>CHAPTER: 13<br>USDC No.: 5:19-cv-01447-MWF |
|---|---|
| Plaintiff(s) (if applicable).<br>vs.<br><br>Defendant(s) (if applicable). | **NOTICE OF APPEAL AND STATEMENT OF ELECTION** |

filing - PROACTIVE ALL RIGHTS RESERVED
* will also do notice afirmation/motion to Reconsider Reopen case to resolve misunderstandings.

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): BRIGITTE LYN LAMONTE

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (describe):

For appeals in a bankruptcy case and not in an adversary proceeding.
☒ Debtor
☐ Creditor
☐ Trustee
☒ Other (describe): Byway of Brigitte Lyn, LaMonte authorized agent

December 2018 — Page 1 — Official Form 417A

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: Dismissal of Chapter 13 filing
   * will attempt notice & motion to Reconsider Reopen Case to resolve misunderstandings.

2. The date the judgment, order, or decree was entered: 6/26/19

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: JUDGE - ADMINISTRATOR/EXECUTOR: UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISON; Honorable Wayne Johnson
   Attorney: 3420 twelfth Street, Riverside, CA 92501-3819 (951) 826-8000

2. Party: Chapter 13 Trustee - Rod Danielson
   Attorney: Bridget Kelly  3787 University Avenue Riverside, CA 92501

3. Party: SAN BERNARDINO COUNTY TREASURER - TAX COLLECTOR
   Attorney: BARRY S. GLASER C/O STECKBAUER WEINHART, LLP 333 S. Hope Street, 36th floor Los Angeles, California 90071  (213) 229-2868

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

a.R.R, without recourse, without prejudice,

**Part 5:** ~~Sign below~~ BRIGITTE LYN LAMONTE,
By Brigitte Lyn Lamonte Sui Juris,  Date: 6/10/2019
agent for ~~Signature of attorney~~ for appellant(s) (or appellant(s) if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

December 2018    Page 2    Official Form 417A

FILED & ENTERED

JUN 26 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

In re:

BRIGITTE LYN LAMONTE,

          Debtor.

Case No.: 6:19-bk-14124-WJ

CHAPTER 13

**DISMISSAL ORDER**

Date:  June 26, 2019
Time:  1:30 p.m.
Place:  United States Bankruptcy Court
Courtroom 304
3420 Twelfth Street
Riverside, CA 92501

1. On June 26, 2019 at 1:30 p.m., the Court held a status conference regarding confirmation of the chapter 13 plan in this bankruptcy case. All appearances were noted on the record. For the extensive reasons stated on the record, the Court dismissed the case.

Therefore, the Court hereby ORDERS, ADJUDGES and DECREES:

1. This bankruptcy case is hereby dismissed with a 180 day to re-filing for the extensive reasons stated on the record.

IT IS SO ORDERED.

###

Date: June 26, 2019

Wayne Johnson
United States Bankruptcy Judge

**United States Bankruptcy Court**
**Central District of California**
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

Wednesday, June 26, 2019      Hearing Room    304

1:30 PM
6:19-14124    **BRIGITTE LYN LAMONTE**      Chapter 13

#1.00    Hrg re status conference regarding confirmation of the chapter 13 plan

Docket    1

**Matter Notes:**

PRESENT: For Chapter 13 Trustee: Bridget Kelly

Counsel for the Debtor(s):

_S GLASSER_

( ) The status conference is continued to _____

( ) Off Calendar

( ) For the reasons stated on the record, the Court hereby dismisses this case with no bar to refiling pursuant to 11 U.S.C. §§ 105, 1307 & 109(g), the inherent power of the court and the provisions of the court's procedures order. The dismissal of this bankruptcy case does not prevent the filing of another case by the debtor(s).

(X) For the reasons stated on the record, the Court hereby dismisses this case with a 180 day bar to re-filing any other bankruptcy case, pursuant to 11 U.S.C. §§ 109(g), 105, 1307 & 109(g), the inherent power of the court and the provisions of the order setting this status conference.

( ) The Court previously entered an order in this case setting an initial status conference in this chapter 13 case and directing the debtor(s) to appear today but no one did so. Accordingly, as discussed in the order setting the status conference, this bankruptcy case is hereby dismissed with a 180 day bar to re-filing any other bankruptcy case, pursuant to 11 U.S.C. § 109(g)(1).

**United States Bankruptcy Court**
**Central District of California**
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

Wednesday, June 26, 2019     Hearing Room    304

**1:30 PM**     **Chapter 13**
**CONT...**    **BRIGITTE LYN LAMONTE**

( ) Confirmation denied. Hearing continued to _____, 2019 at 2:15 p.m. as a holding date. If the debtors do not convert to chapter 7 and pay the additional filing fee within one week from today, this case will be dismissed without prejudice after one week (without a further hearing).

( ) _____
_____

**Tentative Ruling:**
- NONE LISTED -

**Party Information**

**Debtor(s):**

BRIGITTE LYN LAMONTE     Represented By
                                               Onyinye N Anyama

**Trustee(s):**

Rod Danielson (TR)     Pro Se

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My ~~business address is~~ *contact at:*

RFD c/o 35364 Yucaipa Boulevard, near Yucaipa, California

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

JUDGE Wayne Johnson
TRUSTEE Rod Danielson & others attached

A1 + A2

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* 6/10/19, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

1) TRUSTEE Rod Danielson / Bridget Kelly, atty.
   3787 University Avenue Riverside, CA 92501
2) SAN BERNARDINO COUNTY TREASURER - TAX COLLECTOR
   c/o Barry S. Glasser c/o STECKBAUER WEINHART, LLP
   333 S. Hope Street, 36th Floor
   Los Angeles, California 90071

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

6/10/2019    *witness & delivery* Aubrey Simpson &
Date         Printed Name Ethan Hanes        ~~Signature~~

December 2018                  Page 4                  Official Form 417A

**6:19-bk-14124-WJ** Brigitte Lyn LaMonte
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Wayne E. Johnson
**Date filed:** 05/11/2019 **Date of last filing:** 07/10/2019
**Debtor dismissed:** 06/26/2019

# Parties

**Courtesy NEF**
Steckbauer Weinhart, LLP
c/o Barry S. Glaser
333 S. Hope Street
Ste. 3600
Los Angeles, CA 90071
*Added: 05/14/2019*
*(Creditor)*

represented by

**Barry S Glaser**
Steckbauer Weinhart
333 S Hope St 36th Fl
Los Angeles, CA 90071
213-229-2868
213-229-2870 (fax)
bglaser@swesq.com
*Assigned: 05/14/19*

**Courtesy NEF**
*Added: 05/15/2019*
*(Interested Party)*

represented by

**Valerie Smith**
PRA Receivables
Management LLC
130 Corporate Blvd
Norfolk, VA 23502
757-519-9300
757-961-3500 (fax)
claims@recoverycorp.com
*Assigned: 05/15/19*

**Rod Danielson (TR)**
3787 University Avenue
Riverside, CA 92501
(951) 826-8000
notice-efile@rodan13.com
*Added: 05/11/2019*
*(Trustee)*

**Brigitte Lyn LaMonte**
35364 Yucaipa Blvd
Yucaipa, CA 92399
SSN / ITIN: xxx-xx-6239
*Added: 05/11/2019*
*(Debtor)*
PRO SE

represented by

**Onyinye N Anyama**
Anyama Law Firm, A
Professional Corp
18000 Studebaker Road
Suite 325
Cerritos, CA 90703
562-645-4500

1 of 2

A1

        562-645-4494 (fax)
        onyi@anyamalaw.com
        *Assigned: 05/11/19*
        *TERMINATED: 05/28/19*

**San Bernardino County Treasurer - Tax Collector**
c/o Barry S. Glaser
Steckbauer Weinhart, LLP
333 S. Hope Street
Ste. 3600
Los Angeles, CA 90071
bglaser@swesq.com
*Added: 06/05/2019*
(Creditor)

represented by

**Barry S Glaser**
Steckbauer Weinhart
333 S Hope St 36th Fl
Los Angeles, CA 90071
213-229-2868
213-229-2870 (fax)
bglaser@swesq.com
*Assigned: 06/05/19*

**United States Trustee (RS)**
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
(951) 276-6990
(951) 276-6973 (fax)
ustpregion16.rs.ecf@usdoj.gov
*Added: 05/11/2019*
(U.S. Trustee)

**6:19-bk-14124-WJ** Brigitte Lyn LaMonte
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Wayne E. Johnson
**Date filed:** 05/11/2019 **Date of last filing:** 07/10/2019
**Debtor dismissed:** 06/26/2019

# Creditors

| | |
|---|---|
| **Awa Collect**<br>P O Box 6605<br>Orange, CA 92867 | (39552557)<br>(cr) |
| **Awa Collect**<br>P O Box 6605<br>Orange, CA 92867 | (39550811)<br>(cr) |
| **Bank of America, N.A.**<br>P O Box 982284<br>El Paso, TX 79998-2238 | (39610476)<br>(cr) |
| **Brigitte Lyn LaMonte**<br>In Care of Aubrey Simpson<br>c/o 35364 Yucaipa Blvd near<br>Yucaipa, CA 92399 | (39550809)<br>(cr) |
| **Comnwlth Fin**<br>245 Main St<br>Dickson City, PA 18519 | (39550812)<br>(cr) |
| **Comnwlth Fin**<br>245 Main St<br>Dickson City, PA 18519 | (39552558)<br>(cr) |
| **EISENHOWER MEDICAL CENTER**<br>C/O PROFESSIONAL CREDIT SERVICE<br>PO BOX 7548<br>Springfield, OR 97475 | (39632968)<br>(cr) |
| **Legacy Condominium Association**<br>c/o Nevada Association Services<br>6625 S Valley View Blvd Suite 300<br>Las Vegas, NV 89118 | (39615209)<br>(cr) |

1 of 2

| | |
|---|---|
| **Meridian Fin**<br>1636 Hendersonville Rd Ste 135<br>Asheville, NC 28803 | (39552559)<br>(cr) |
| **Meridian Fin**<br>1636 Hendersonville Rd Ste 135<br>Asheville, NC 28803 | (39550813)<br>(cr) |
| **Onyinye N Anyama**<br>Anyama Law Firm, APC<br>18000 Studebaker Rd Ste 325,<br>Cerritos, CA 90703 | (39550810)<br>(cr) |
| **Portfolio Rc**<br>120 Corporate Blvd Ste 1<br>Norfolk VA 23502 | (39550814)<br>(cr) |
| **Portfoloio Rc**<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | (39552560)<br>(cr) |
| **Prof Credit**<br>PO Box 7548<br>Springfield, OR 97475 | (39552561)<br>(cr) |
| **Prof Credit**<br>Po Box 7548<br>Springfield, OR 97475 | (39550815)<br>(cr) |
| **San Bernardino County Tax Collector**<br>268 W Hospitality Ln,<br>San Bernardino, CA 92415 | (39552562)<br>(cr) |
| **San Bernardino County Tax Collector**<br>268 W Hospitality Ln,<br>San Bernardino, CA 92415 | (39550816)<br>(cr) |
| **San Bernardino County Tax Collector**<br>268 W Hospitality Ln,<br>San Bernardino, CA 92415 | (39549280)<br>(cr) |