Case 5:19-cv-01447-MWF Document 7-4 Filed 08/02/2019 Page 1 of 2
Case 5:19-cv-01447-MWF Document 2 Filed 08/05/19 Page 1 of 2 Page ID #:66
Main Document    Page 1 of 2

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501<br>(951) 826-8000   FAX (951) 826-8090 | FILED<br>CLERK, U.S. DISTRICT COURT<br>8/5/2019<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:   DD   DEPUTY |
| ☐ Attorney for<br>☒ Chapter 12 Trustee | USDC No.: 5:19-cv-01447-MWF |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>BANKRUPTCY CASE NUMBER  19-BK-14124 WJ |
|---|---|
| In re:<br><br>BRIDGET LYN LAMONTE<br><br>Debtor(s). | **STATEMENT OF ELECTION TO HAVE APPEAL TRANSFERRED TO THE DISTRICT COURT**<br><br>Notice of Appeal Filed: 7/10/19 |

COMES NOW APPELLEE ROD DANIELSON, CHAPTER 13 TRUSTEE IN THE ABOVE-REFERENCED BANKRUPTCY CASE THAT IS THE SUBJECT OF THIS APPEAL FROM AN ORDER OF THE BANKRUPTCY COURT, and hereby elects to have the appeal transferred to the United States District Court.

This election is made pursuant to 28 U.S.C. 158(c)(1), the Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit, effective November 18, 1988 as amended May 4, 2010, and Rule 2.1.2.2 of Chapter VI of the U.S. Central District Local Rules.

Dated:   July 29, 2019

*Rod Oal*
Rod Danielson, Chapter 13 Trustee

Rod Danielson
2019.07.29
11:43:34 -07'00'

| In re: | **BRIGITTE LYN LAMONTE** | | **Chapter: 13** |
|---|---|---|---|
| | | Debtor(s) | Case Number: **6:19-bk-14124-WJ** |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **statement of election** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service Information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **7/29/2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor | |
|---|---|---|
| BRIGITTE LYN LAMONTE<br>IN CARE OF AUBREY<br>SIMPSON AT<br>35364 YUCAIPA BLVD<br>YUCAIPA, CA 92399 | ANYAMA LAW FIRM<br>18000 STUDEBAKER RD.<br>STE 325<br>CERRITOS, CA 90703 | HONORABLE WAYNE E.<br>JOHNSON<br>3420 TWELFTH STREET,<br>COURTROOM 304<br>RIVERSIDE, CA 92501-3819 |

☐ Service Information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/29/2019 | Susan Jones | /s/ Susan Jones |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:173 - RD
JUNE 2012

F 9013-3.1.PROOF.SERVICE