# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220



FILED
CLERK, U.S. DISTRICT COURT
8/5/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_DD\_\_\_\_ DEPUTY

**In Re:** BRIGITTE LYN LAMONTE

**Bk. Ct. No.:** 6:19-bk-14124-WJ

USDC No.: 5:19-cv-01447-MWF

BAP No.: CC-19-1169

ADV. NO.:

## NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to U.S. District Court.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Susan M Spraul, BAP Clerk

By: Patti Ippolito, Deputy Clerk
Date: August 2, 2019

Please acknowledge receipt of
the case file listed above.
Dated: 8/5/2019

Signed: Derek Davis
District Court Deputy

Assigned District Court No.

5:19-cv-01447-MWF

cc: Bankruptcy Court
    All Parties