| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Barry S. Glaser, Esq.<br>Lamb and Kawakami<br>333 S. Grand Avenue, Suite 4200<br>Los Angeles, CA 90071<br>(213) 630-5515 - Telephone<br>(213) 630-5555 - Facsimile | |
| ATTORNEY(S) FOR: San Bernardino County Treasurer - Tax | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGITTE LYN LAMONTE (APPELLANT)<br><br>Plaintiff(s),<br>v.<br>ROD DANIELSON (APPELLEE)<br><br>Defendant(s) | CASE NUMBER:<br>5:19-cv-01447 MWF (District Court)<br>6:19-bk-14124-WJ (Bankruptcy Court) |
| | AMENDED<br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____San Bernardino County Treasurer - Tax Collector_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| San Bernardino County Treasurer - Tax | Defendant |
| BRIGITTE LYN LAMONTE | Debtor and Appellant in the case. |
| ROD DANIELSON | Appellee in the case. |

| | |
|---|---|
| 8/7/2019<br>Date | /s/ Barry S. Glaser<br>Signature |

Attorney of record for (or name of party appearing in pro per):

San Bernardino County Treasurer - Tax Collector

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

333 S. Grand Avenue, Suite 4200, Los Angeles, OA 90071

A true and correct copy of the foregoing document entitled (*specify*): Amended Certification and Notice of Interested Parties

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) __08/08/2019__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Anyama Law Firm, A Professional Corp | Rod Danielson (TR) | United States Trustee (RS) |
|---|---|---|
| 18000 Studebaker Road, Suite 325 | 3787 University Avenue | 3801 University Avenue, Suite 720 |
| Cerritos, CA 90703 | Riverside, CA 92501 | Riverside, CA 92501-3200 |

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/08/2019 | Kristina Simonian | /s/ Kristina Simonian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        F 9013-3.1.PROOF.SERVICE