# STATEMENT OF PARTY TO THE APPEAL

(213) 630-5515
bglaser@lkfirm.com

August 7, 2019


United States District Court
Central District of California

     Re:   <u>Declaration re Brigitte Lyn LaMonte(Debtor)</u>

Dear Clerk:

     Party in action known as Brigitte Lyn LaMonte(Debtor) has recently submitted a Notice of Appeal and Statement of Election, **"Exhibit A"** on August 5, 2019.


                            <u>/s/ Barry S Glaser, Esq.</u>
                            Barry S. Glaser, Esq.

# EXHIBIT A

Case 6:19-bk-14124-MWF   Doc 43   Filed 07/10/19   Entered 07/11/19   Page 1 of 24   Desc
Main Document   Page 1 of 24

**FILED**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JUL 11 2019

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

In re:

Brigitte Lyn LaMonte

CASE NO.: 6:19-bk-14124-MWF

ADVERSARY NO.:

NOTICE OF APPEAL FILED:  07/10/2019

NOTICE OF CROSS APPEAL FILED :

BANKRUPTCY CASE FILED :  05/11/2019

APPEAL DOCKET ENTRY NO.: 43

**FILED**
CLERK, U.S. DISTRICT COURT

**8/5/2019**

CENTRAL DISTRICT OF CALIFORNIA
BY:    DD    DEPUTY

USDC No.: 5:19-cv-01447-MWF

Debtor(s)

Plaintiff(s)

**NOTICE OF REFERRAL OF APPEAL**

vs.

Defendant(s)

To all parties in interest, and the:

[X] Bankruptcy Appellate Panel of the Ninth Circuit
[ ] United States District Court, Central District of California

You are hereby notified that the following document(s) have been filed at the Bankruptcy Court.

[ ] Motion for Leave to Appeal
[ ] Answer in opposition to Motion for Leave to Appeal
[X] Notice of Appeal and Statement of Election
[ ] Notice of Cross-Appeal
[ ] Appellant's Statement of Election to Transfer Appeal to the District Court
[ ] Other (specify):

By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

I certify that a true copy of the Notice of Appeal and Statement of Election, Notice of Referral of Appeal, Transcript Order Form, and Notice of Transcript were served on each of the parties listed in the Appeal, together with a copy of the Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit, as applicable.

Kathleen J. Campbell
Clerk of Court

Date: _07/11/2019_____      By: SUSAN HAWKINSON

Deputy Clerk

Case 6:19-bk-01447-MWF Doc 35 Filed 08/02/2018 Entered 08/02/2018 Page 3 of 24 Desc
Main Document    Page 2 of 24

## NOTICE OF APPEAL SERVICE LIST

1.  **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

☒ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
☐ United States District Court at bkappeal_cacd@cacd.uscourts.gov

Office of the United States Trustee
☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
☒ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
☐ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

Other parties served by NEF:

Rod Danielson - notice-efile@rodan.com;
Bridget Kelly - notice-efile@rodan.com;
Barry S. Glaser - bglaser@swesq.com;

2.  **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

Brigitte Lyn LaMonte
35365 Yucaipa Blvd.
Yucaipa, CA 92399

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| :Brigitte:Lyn: LaMonte : Sui Juris C/o Aubrey Simpson at 35364 Yucaipa Boulevard near Yucaipa, California (909) 351-9728 | FILED JUL 10 2019 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY:_____ Deputy Clerk |
| authorized agent ☐ Individual appearing without attorney ☐ Attorney for: | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:  BRIGITTE LYN LAMONTE  Debtor(s). | CASE NO.: 6:19-BK-14124-WJ ADVERSARY NO.: (if applicable) CHAPTER: 13 |
|---|---|
| Plaintiff(s) (if applicable)  vs.  Defendant(s) (if applicable). | NOTICE OF APPEAL AND STATEMENT OF ELECTION |

*filing - PROACTIVE All RIGHTS RESERVED* motion to Reconsider
* will also do notice affirmation / reopen case / to resolve misunderstandings.

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): BRIGITTE LYN LAMONTE

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (describe):

For appeals in a bankruptcy case and not in an adversary proceeding.
☑ Debtor
☐ Creditor
☐ Trustee
☑ Other (describe): By way of Brigitte Lyn, LaMonte Authorized Agent

December 2018        Page 1        Official Form 417A

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: Dismissal of Chapter 13 filing

\* will attempt notice Motion to Reconsider

Reopen case to resolve misunderstandings.

2. The date the judgment, order, or decree was entered: 6/26/19

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone
numbers of their attorneys (attach additional pages if necessary):

JUDGE - ADMINISTRATOR/EXECUTOR: BANKRUPTCY COURT CENTRAL DISTRICT OF
1. Party: UNITED STATES BANKRUPTCY COURT CENTRAL DIVISON; Honorable Johnson
   Attorney: CALIFORNIA - RIVERSIDE DIVISON, CA 92501 - 3819
   3420 twelfth Street, Riverside, CA 92501-3819

   Party: Chapter 13 Trustee - Rod Danielson (951) 826-8000
2. Attorney: Bridget Kelly   3787 University Avenue
                             Riverside, CA 92501

   SAN BERNARDINO COUNTY TREASURER - TAX COLLECTOR
3. Party: BARRY S. GLASER   C/O STECKBAUER WEINHART, LLP
   Attorney: 333 S. Hope Street, 36th floor   (213) 229-2868
   Los Angeles, California 90071

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal
unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If
an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not
check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy
  Appellate Panel.

a.R.R, without recourse, without prejudice,

**Part 5: Sign below**

BRIGITTE LYN LAMONTE,
By Brigitte Lyn Lamonte Sui Juris,   Date: 6/10/2019

agent   Signature of attorney for appellant(s) (or appellant(s)
        if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in
§ 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P.
8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of
Appeal.]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED & ENTERED

JUN 26 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

BRIGITTE LYN LAMONTE,

       Debtor.

Case No.: 6:19-bk-14124-WJ

CHAPTER 13

DISMISSAL ORDER

Date:  June 26, 2019
Time:  1:30 p.m.
Place:  United States Bankruptcy Court
    Courtroom 304
    3420 Twelfth Street
    Riverside, CA 92501

- 1 -

1    On June 26, 2019 at 1:30 p.m., the Court held a status conference regarding confirmation of

2    the chapter 13 plan in this bankruptcy case.  All appearances were noted on the record.  For the

3    extensive reasons stated on the record, the Court dismissed the case.

4          Therefore, the Court hereby ORDERS, ADJUDGES and DECREES:

5          1.     This bankruptcy case is hereby dismissed with a 180 day to re-filing for the

6    extensive reasons stated on the record.

7    IT IS SO ORDERED.

8                                              ###

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    Date: June 26, 2019

27                                     Wayne Johnson
                                      United States Bankruptcy Judge

28

- 2 -

**United States Bankruptcy Court**
**Central District of California**
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

Wednesday, June 26, 2019                                                Hearing Room   304

1:30 PM
6:19-14124     BRIGITTE LYN LAMONTE                             Chapter 13

   #1.00    Hrg re status conference regarding confirmation of the chapter 13 plan

Docket    1

Matter Notes:

    PRESENT: For Chapter 13 Trustee: Bridget Kelly

    Counsel for the Debtor(s):

                       B GLASSER

    ( )    The status conference is continued to _____

    ( )    Off Calendar

    ( )    For the reasons stated on the record, the Court hereby dismisses this case with no bar to refiling pursuant to 11 U.S.C. §§ 105, 1307 & 109(g), the inherent power of the court and the provisions of the court's procedures order. The dismissal of this bankruptcy case does not prevent the filing of another case by the debtor(s).

    (X)    For the reasons stated on the record, the Court hereby dismisses this case with a 180 day bar to re-filing any other bankruptcy case, pursuant to 11 U.S.C. §§ 109(g), 105, 1307 & 109(g), the inherent power of the court and the provisions of the order setting this status conference.

    ( )    The Court previously entered an order in this case setting an initial status conference in this chapter 13 case and directing the debtor(s) to appear today but no one did so. Accordingly, as discussed in the order setting the status conference, this bankruptcy case is hereby dismissed with a 180 day bar to re-filing any other bankruptcy case, pursuant to 11 U.S.C. § 109(g)(1).

United States Bankruptcy Court
Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

Wednesday, June 26, 2019                                   Hearing Room      304

1:30 PM
CONT...        BRIGITTE LYN LAMONTE                                   Chapter 13
      (   )    Confirmation denied. Hearing continued to _____, 2019 at 2:15 p.m.
      as a holding date.  If the debtors do not convert to chapter 7 and pay the additional
      filing fee within one week from today, this case will be dismissed without prejudice
      after one week (without a further hearing).

      (   )    _____

              _____

      Tentative Ruling:
        - NONE LISTED -

      ┌──────────────────────────────────────────────────────────┐
      │                    Party Information                       │
      └──────────────────────────────────────────────────────────┘

      Debtor(s):

              BRIGITTE LYN LAMONTE                  Represented By
                                                    Onyinye N Anyama

      Trustee(s):

              Rod  Danielson (TR)                   Pro Se

# PROOF OF SERVICE OF DOCUMENT

*contact at:*

**RFD** I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My ~~business address is~~ *C/o 35364 Yucaipa Boulevard, near Yucaipa, California*

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

JUDGE WAYNE JOHNSON
TRUSTEE ROD Danielson & *others attached*

A1 + A2

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On *(date)* 6/10/19, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

1) TRUSTEE Rod Danielson / Bridget Kelly, atty.
3787 University avenue Riverside, Ca 92501
2) SAN BERNARDINO County TREASURER - TAX COLLECTOR
C/O Barry S. Glasser C/O STECKBAUER WEINHART, LLP
333 S. Hope Street, 36th Floor
Los Angeles, California 90071
☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*witness & delivery*
6/10/2019   Aubrey Simpson &
Date        Printed Name Ethan Hanes        ~~Signature~~

Case 5:19-cv-01447-MWF   Document 7-1   Filed 08/08/19   Page 12 of 26   Page ID #:60
Case 6:19-bk-14124-MWF   Document 7-1   Filed 08/05/19   Page 11 of 23   Page ID #:37
Main Document      Page 10 of 24

**6:19-bk-14124-WJ** Brigitte Lyn LaMonte
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Wayne E. Johnson
**Date filed:** 05/11/2019 **Date of last filing:** 07/10/2019
**Debtor dismissed:** 06/26/2019

# Parties

**Courtesy NEF**
Steckbauer Weinhart, LLP
c/o Barry S. Glaser
333 S. Hope Street
Ste. 3600
Los Angeles, CA 90071
*Added: 05/14/2019*
*(Creditor)*

                                    represented
                                    by

**Barry S Glaser**
Steckbauer Weinhart
333 S Hope St 36th Fl
Los Angeles, CA 90071
213-229-2868
213-229-2870 (fax)
bglaser@swesq.com
*Assigned: 05/14/19*

**Courtesy NEF**
*Added: 05/15/2019*
*(Interested Party)*

                                    represented
                                    by

**Valerie Smith**
PRA Receivables
Management LLC
130 Corporate Blvd
Norfolk, VA 23502
757-519-9300
757-961-3500 (fax)
claims@recoverycorp.com
*Assigned: 05/15/19*

**Rod Danielson (TR)**
3787 University Avenue
Riverside, CA 92501
(951) 826-8000
notice-efile@rodan13.com
*Added: 05/11/2019*
*(Trustee)*

**Brigitte Lyn LaMonte**
35364 Yucaipa Blvd
Yucaipa, CA 92399
SSN / ITIN: xxx-xx-6239
*Added: 05/11/2019*
*(Debtor)*
PRO SE

                                    represented
                                    by

**Onyinye N Anyama**
Anyama Law Firm, A
Professional Corp
18000 Studebaker Road
Suite 325
Cerritos, CA 90703
562-645-4500

A 1

562-645-4494 (fax)
onyi@anyamalaw.com
*Assigned: 05/11/19*
*TERMINATED: 05/28/19*

**San Bernardino County Treasurer - Tax Collector**
c/o Barry S. Glaser
Steckbauer Weinhart, LLP
333 S. Hope Street
Ste. 3600
Los Angeles, CA 90071
bglaser@swesq.com
*Added: 06/05/2019*
*(Creditor)*

represented by

**Barry S Glaser**
Steckbauer Weinhart
333 S Hope St 36th Fl
Los Angeles, CA 90071
213-229-2868
213-229-2870 (fax)
bglaser@swesq.com
*Assigned: 06/05/19*

**United States Trustee (RS)**
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
(951) 276-6990
(951) 276-6973 (fax)
ustpregion16.rs.ecf@usdoj.gov
*Added: 05/11/2019*
*(U.S. Trustee)*

2 of 2

A 2

**6:19-bk-14124-WJ** Brigitte Lyn LaMonte
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Wayne E. Johnson
**Date filed:** 05/11/2019 **Date of last filing:** 07/10/2019
**Debtor dismissed:** 06/26/2019

# Creditors

| | |
|---|---|
| **Awa Collect**<br>P O Box 6605<br>Orange, CA 92867 | (39552557)<br>(cr) |
| **Awa Collect**<br>P O Box 6605<br>Orange, CA 92867 | (39550811)<br>(cr) |
| **Bank of America, N.A.**<br>P O Box 982284<br>El Paso, TX 79998-2238 | (39610476)<br>(cr) |
| **Brigitte Lyn LaMonte**<br>In Care of Aubrey Simpson<br>c/o 35364 Yucaipa Blvd near<br>Yucaipa, CA 92399 | (39550809)<br>(cr) |
| **Comnwlth Fin**<br>245 Main St<br>Dickson City, PA 18519 | (39550812)<br>(cr) |
| **Comnwlth Fin**<br>245 Main St<br>Dickson City, PA 18519 | (39552558)<br>(cr) |
| **EISENHOWER MEDICAL CENTER**<br>C/O PROFESSIONAL CREDIT SERVICE<br>PO BOX 7548<br>Springfield, OR 97475 | (39632968)<br>(cr) |
| **Legacy Condominium Association**<br>c/o Nevada Association Services<br>6625 S Valley View Blvd Suite 300<br>Las Vegas, NV 89118 | (39615209)<br>(cr) |

**Meridian Fin**
1636 Hendersonville Rd Ste 135
Asheville, NC 28803

(39552559)
(cr)

**Meridian Fin**
1636 Hendersonville Rd Ste 135
Asheville, NC 28803

(39550813)
(cr)

**Onyinye N Anyama**
Anyama Law Firm, APC
18000 Studebaker Rd Ste 325,
Cerritos, CA 90703

(39550810)
(cr)

**Portfolio Rc**
120 Corporate Blvd Ste 1
Norfolk VA 23502

(39550814)
(cr)

**Portfoloio Rc**
120 Corporate Blvd Ste 1
Norfolk, VA 23502

(39552560)
(cr)

**Prof Credit**
PO Box 7548
Springfield, OR 97475

(39552561)
(cr)

**Prof Credit**
Po Box 7548
Springfield, OR 97475

(39550815)
(cr)

**San Bernardino County Tax Collector**
268 W Hospitality Ln,
San Bernardino, CA 92415

(39552562)
(cr)

**San Bernardino County Tax Collector**
268 W Hospitality Ln,
San Bernardino, CA 92415

(39550816)
(cr)

**San Bernardino County Tax Collector**
268 W Hospitality Ln,
San Bernardino, CA 92415

(39549280)
(cr)

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re. | CASE NO.: |
|---|---|
| | CHAPTER: **Select Chapter** |
| | ADVERSARY NO.:<br>(if applicable) |
| | DATE NOTICE OF APPEAL FILED: |
| | DATE NOTICE OF CROSS APPEAL FILED: |
| Debtor(s) | APPEAL DOCKET ENTRY NO.: |
| Plaintiff(s), | |
| vs. | **NOTICE OF TRANSCRIPT(S)**<br>**DESIGNATED FOR AN APPEAL** |
| Defendant(s). | |

Notice is given to the court and other parties in interest that the following action was taken:

☐   I do not intend to designate any portion of the transcript(s).

☐   I requested a copy of the transcript(s).

   1.  Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
       Date (*specify*) _____ transcript was requested

   2.  Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested
       Date (*specify*) _____ transcript was requested.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

June 2016                                  Page 1                          F 8004-1.1.NOTICE.TRANSCRIPT

3.  Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
    Date (*specify*) _____ transcript was requested.

4.  Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
    Date (*specify*) _____ transcript was requested.

5.  Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested
    Date (*specify*) _____ transcript was requested.

☐  I intend to designate the following transcript(s) previously docketed:

1.  Hearing date (*specify*) _____ of designated transcript.
    Docket entry number of designated transcript (*specify*) _____

2.  Hearing date (*specify*) _____ of designated transcript.
    Docket entry number of designated transcript (*specify*) _____

3.  Hearing date (*specify*) _____ of designated transcript.
    Docket entry number of designated transcript (*specify*) _____

4.  Hearing date (*specify*) _____ of designated transcript.
    Docket entry number of designated transcript (*specify*) _____

5   Hearing date (*specify*) _____ of designated transcript.
    Docket entry number of designated transcript (*specify*) _____

Date   07/11/2019

_____
Printed name of law firm

_____
Signature

_____
Printed name

_____
Attorney for (*specify*)

Instructions
This Notice cannot be used to order a transcript. To order a transcript, use the court approved Transcript Order Form on the court's website at www.cacb.uscourts.gov/transcripts.

This Notice must be served on opposing counsel and filed with the court within 14 days of the filing of the Notice of Appeal

This form is optional  It has been approved for use in the United States Bankruptcy Court for the Central District of California

June 2016                                      Page 2                        F 8004-1.1.NOTICE.TRANSCRIPT

Case 5:19-cv-01447-MWF   Document 7-1   Filed 08/08/19   Page 18 of 26   Page ID #:66
Case 6:19-bk-01447-MWF   Doc 7   Filed 09/05/2019   Page 223 of 234   Page ID #:38
Main Document     Page 16 of 24

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| _Date_ | _Printed Name_ | _Signature_ |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

## TRANSCRIPT ORDERING INSTRUCTIONS

### TRANSCRIPT REQUESTS
A separate form must be completed for each hearing date requested. Select a Transcription Service Provider from the attached Court-approved list of transcribers and complete the *Transcript Order form*.

Five (5) types of transcript requests:

- **Ordinary:** A transcript to be delivered within thirty (30) calendar days after receipt of deposit.
- **14 Days:** A transcript to be delivered within fourteen (14) calendar days after receipt of deposit.
- **7 Days:** A transcript to be delivered within seven (7) calendar days after receipt of deposit.
- **3 Days:** A transcript to be delivered within three (3) calendar days after receipt of deposit.
- **Daily:** A transcript to be delivered within 24 hours after receipt of deposit.

### 341(a) MEETING OF CREDITORS:
The Meeting of Creditors is recorded by the Trustee. The Court does not keep or provide a copy of the recording. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16.

### FILE THE TRANSCRIPT ORDER FORM
Parties with an ECF account must file the Transcript Order Form in CM/ECF on the related case docket. Use docket event "*Transcript Order Form (Public Request)*." As with all ECF filings, the completed PDF *Transcript Order Form* must be "flattened" before electronically filing through ECF (click here to view the procedure). Self-represented litigants and parties without an ECF account may hand-deliver or mail the form to the division where the hearing was held.

**\*NOTE: The Court does not accept transcript requests via fax, email or telephone.**

### TRANSCRIPT PROCESSING
The Court does not transcribe court proceedings. **The official record of court proceedings is transcribed by a court-approved transcriber from materials provided to that transcriber by the court.** When a *Transcript Order Form* is received, the Court will forward the hearing information to the Transcription Service Provider you designate on the Transcript Order Form. The Transcription Service Provider will contact you regarding receipt of the transcript. Thereafter, contact the Transcription Service Provider directly if you have questions regarding your transcript order. Transcripts cannot be picked up at the Court. For more information, go to www.cacb.uscourts.gov/track-transcript-status.

### TRANSCRIPT COSTS/FORMS OF PAYMENT
The Transcription Service Provider will contact you directly regarding transcript costs and forms of payment. Rates may vary but may not exceed maximum charges set by the Judicial Conference of the United States (maximum rates are listed at www.cacb.uscourts.gov/transcripts).

### COPIES OF TRANSCRIPTS
Once the *Transcript Order Form* requesting a transcript of a hearing is entered on the related case docket, a Transcription Service Provider is designated and materials for transcription are sent by the Court to the designated Transcription Service Provider. If more than one party files a *Transcript Order Form* for the same hearing, the first *Transcript Order Form* on the docket takes precedence. All other parties that wish to obtain a transcript of the same hearing are to contact the Transcription Service Provider designated on the case docket.

Completed transcripts are filed by the transcriber on the related case docket and restricted for 90 days from the filed date as set forth in the *Guide to Judiciary Policy* Vol. 6, §510.25.10. During the 90-day restriction period, the transcript may be viewed at the Clerk's Office on a public computer terminal or a copy purchased from the designated Transcription Service Provider that created the original transcript. For more information see *Transcript Ordering Instructions*, section 1.15 of the Court Manual at www.cacb.uscourts.gov/court-manual.

COURT LOCATIONS

Self-represented litigants and parties without an ECF account may hand-deliver or mail the form to the division where the hearing was held

| *DIVISION | ADDRESS |
|---|---|
| Los Angeles (LA)<br><br>(855) 460-9641 | United States Bankruptcy Court<br>255 E. Temple Street Suite 940<br>Los Angeles, CA 90012<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| Northern (ND)<br><br>(855) 460-9641 | United States Bankruptcy Court<br>1415 State Street<br>Santa Barbara, CA 93101<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| Riverside (RS)<br><br>(855) 460-9641 | United States Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| San Fernando Valley (SV)<br><br>(855) 460-9641 | United States Bankruptcy Court<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| Santa Ana (SA)<br><br>(855) 460-9641 | United States Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701<br>Attn: Transcript Orders (name of Judge who held the hearing) |

*NOTE: The Court does not accept transcript requests via fax, email or telephone.



### UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

## APPROVED TRANSCRIPTION SERVICE PROVIDERS

**BEN HYATT CERTIFIED DEPOSITION REPORTERS**
17835 Ventura Blvd., Suite 310
Encino, CA 91316
Ph: (888) 272-0022, ext. 201 or ext. 206
Fax: (818) 343-7116
Email: mhyatt@benhyatt.com
www.BenHyatt.com

**eSCRIBERS, LLC**
7227 N 16th Street, Suite 207
Phoenix, AZ 85020
Ph:(213) 943-3843
Fax: (973) 954-5619
Email. operations@escribers.net
www.eScribers.net

**BRIGGS REPORTING CO., INC.**
4455 Morena Boulevard, Suite 104
San Diego, CA 92117
Ph: (310) 410-4151
Fax: (858) 453-9625
Email:briggs_reporting@sbcglobal.net

**EXCEPTIONAL REPORTING SERVICES, INC.**
14633 S. Padre Island Drive, Suite 103
Corpus Christi, TX 78418
Ph:(361) 949-2988. ext. 0
Fax: (361) 949-7799
Email: transcripts@exceptionalreporting.com
www.ExceptionalReporting.com

**ECHO REPORTING, INC.**
4455 Morena Boulevard, Suite 104
San Diego, CA 92117
Ph:(858) 453-7590
Fax: (858) 453-9625
Email: echoreporting@yahoo.com
www.EchoReportinginc.com

**J & J COURT TRANSCRIBERS, INC.**
268 Evergreen Avenue
Hamilton, NJ 08619
Ph: (609) 586-2311
Fax: (609) 587-3599
Email: JJcourt@JJcourt.com
www.JJcourt.com



ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER_____

APPEAL?  ☐ Yes ☐ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: _____   Attorney Bar# _____

Law Firm: _____

Mailing Address: _____

_____

Person to Contact (If Judge-ordered: Transcriber to contact Procurement**) _____

Telephone: (_____)_____ E-mail: _____

Bankruptcy Case #: _____ Adversary Proceeding #/MP #: _____

Date of Hearing (complete a SEPARATE form for EACH hearing date): _____ Time: _____

Debtor: _____

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: SELECT _____ Courtroom #: SELECT

**TRANSCRIBER:** SELECT _____ ALTERNATE: SELECT _____
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

| Transcript Type: | NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|

Copy of Existing Transcript: Contact the transcriber directly for a copy

☐ Ordinary (30 days)    ☐ 3 Days          ☐ Entire Hearing
☐ 14 Days               ☐ Daily (24 hours)  ☐ Ruling/Opinion of Judge only
☐ 7 Days                                    ☐ Testimony of Witness _____
                                            ☐ Other* _____
                                                        (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions, **Transcript Costs/Forms of Payment***

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**: Clerk must docket this form; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber _____ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End _____

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End _____

Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing

*Rev. June 2018 This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California*

Case 5:19-cv-01447-MWF   Document 7-1   Filed 08/08/19   Page 23 of 26   Page ID #:71
Case 6:19-bk-14421-MW   Document 7-3   Filed 08/05/19   Page 21 of 24   Main Doc
Main Document     Page 21 of 24

AMENDED ORDER CONTINUING
THE BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT

JUDICIAL COUNCIL OF THE NINTH CIRCUIT AMENDED ORDER CONTINUING THE BANKRUPTCY
APPELLATE PANEL OF THE NINTH CIRCUIT

1.      Continuing the Bankruptcy Appellate Panel Service.

        (a)  Pursuant to 28 U.S.C. § 158(b)(1) as amended by the Bankruptcy Reform Act of 1994,
the judicial council hereby reaffirms and continues a bankruptcy appellate panel service which
shall provide panels to hear and determine appeals from judgments, orders and decrees entered
by bankruptcy judges from districts within the Ninth Circuit.

        (b)  Panels of the bankruptcy appellate panel service may hear and determine appeals
originating from districts that have authorized such appeals to be decided by the bankruptcy
appellate panel service  pursuant to 28 U.S.C. § 158(b)(6).

        (c)  All appeals originating from those districts shall be referred to bankruptcy appellate
panels unless a party elects to have the appeal heard by the district court in the time and manner
and form set forth in 28 U.S.C. § 158(c)(1) and in paragraph 3 below.

        (d)  Bankruptcy appellate panels may hear and determine appeals from final judgments,
orders and decrees entered by bankruptcy judges and, with leave of bankruptcy appellate panels,
appeals from interlocutory orders and decrees entered by bankruptcy judges.

        (e)  Bankruptcy appellate panels may hear and determine appeals from final judgments,
orders, and decrees entered after the district court from which the appeal originates has issued
an order referring bankruptcy cases and proceedings to bankruptcy judges pursuant to 28 U.S.C.
§ 157(a).

2.      Immediate Reference to Bankruptcy Appellate Panels.

        Upon filing of the notice of appeal, all appeals are immediately referred to the bankruptcy
appellate panel service.

3.  Election to District Court.

        A party desiring to transfer the hearing of an appeal from the bankruptcy appellate panel

service to the district court pursuant to 28 U.S.C. § 158(c)(1) shall timely file a written statement of election expressly stating that the party elects to have the appeal transferred from the bankruptcy appellate panel service to the district court.

(a) Appellant: If the appellant wishes to make such an election, appellant must file a written statement of election with the clerk of the bankruptcy court at the time of filing the notice of appeal. See Bankruptcy Rule 8005(a). When such an election is made, the clerk of the bankruptcy court shall forthwith transfer the case to the district court. The clerk of the bankruptcy court shall give notice to all parties and the clerk of the bankruptcy appellate panel of the transfer at the same time and in the same manner as set forth for serving notice of the appeal in Bankruptcy Rule 8003(c).

(b) All Other Parties: In all appeals where appellant does not file an election, the clerk of the bankruptcy court shall forthwith transmit a copy of the notice of appeal to the clerk of the bankruptcy appellate panel. If any other party wishes to have the appeal heard by the district court, that party must, within thirty (30) days after service of the notice of appeal, file with the clerk of the bankruptcy appellate panel a written statement of election to transfer the appeal to the district court. Upon receipt of a timely statement of election filed under this section, the clerk of the bankruptcy appellate panel shall forthwith transfer the appeal to the appropriate district court and shall give notice of the transfer to the parties and the clerk of the bankruptcy court. Any question as to the timeliness of an election shall be referred by the clerk of the bankruptcy appellate panel to a bankruptcy appellate panel motions panel for determination.

4.    MOTIONS DURING ELECTION PERIOD

All motions relating to an appeal shall be filed with the bankruptcy appellate panel service unless the case has been transferred to a district court. The bankruptcy appellate panels may not dismiss or render a final disposition of an appeal within thirty (30) days from the date of service of the notice of appeal, but may otherwise fully consider and dispose of all motions.

5.    PANELS

Each appeal shall be heard and determined by a panel of three judges from among those appointed pursuant to paragraph 6, provided however that a bankruptcy judge shall not participate in an appeal originating in a district for which the judge is appointed or designated under 28 U.S.C. § 152. In addition, the panel may hear and determine appeals en banc under rules promulgated by and approved as provided in section 8 of this order.

6.    MEMBERSHIP OF BANKRUPTCY APPELLATE PANELS

The bankruptcy appellate panel shall consist of seven members serving seven-year terms (subject to reappointment to one additional three-year term). The judicial council shall periodically examine the caseload of the bankruptcy appellate panel service to assess whether the number of bankruptcy judges serving should change. Appointment of regular and pro tem bankruptcy judges to service on the bankruptcy appellate panel shall be governed by regulations promulgated by the Judicial Council.

(a) When a three-judge panel cannot be formed from the judges designated under subparagraph (a) to hear a case because judges have recused themselves, are disqualified from hearing the case because it arises from their district, or are otherwise unable to participate, the Chief Judge of the  Ninth Circuit may designate one or more other bankruptcy judge(s) from the circuit to hear the case.

(b) In order to provide assistance with the caseload or calendar relief, to constitute an en banc panel, or otherwise to assist the judges serving, or to afford other bankruptcy judges with the opportunity to serve on the bankruptcy appellate panels, the Chief Judge of the Ninth Circuit may designate from time to time one or more other bankruptcy judge(s) from the circuit to participate in one or more panel sittings.

7.     CHIEF JUDGE

The members of the bankruptcy appellate panel service by majority vote shall select one of their number to serve as chief judge.

8.     RULES OF PROCEDURE

(a)     Practice before the bankruptcy appellate panels shall be governed by Part VIII of the Federal Rules of Bankruptcy Procedure, except as provided in this order or by rule of the bankruptcy appellate panel service adopted under subparagraph (b).

(b)     The bankruptcy appellate panel service may establish rules governing practice and procedure before bankruptcy appellate panels not inconsistent with the Federal Rules of Bankruptcy Procedure.  Such rules shall be submitted to, and approved by, the Judicial Council of the Ninth Circuit.

9.     PLACES OF HOLDING COURT.

Bankruptcy appellate panels may conduct hearings at such times and places within the Ninth Circuit as it determines to be appropriate.

10.    CLERK AND OTHER EMPLOYEES.

(a) Clerk's Office.  The members of the bankruptcy appellate panel service shall select and hire the clerk of the bankruptcy appellate panel.  The clerk of the bankruptcy appellate panel may select and hire staff attorneys and other necessary staff.  The chief judge shall have appointment authority for the clerk, staff attorneys and other necessary staff.  The members of the bankruptcy appellate panel shall determine the location of the principal office of the clerk.

(b) Law Clerks.  Each judge on the bankruptcy appellate panel service shall have appointment authority to hire an additional law clerk.

11.    EFFECTIVE DATE

This Order shall be effective as to all appeals originating in those bankruptcy cases that are filed after the effective date of this Order.  For all appeals originating in those bankruptcy cases that were filed before October 22, 1994, the Judicial Council's prior Amended Order, as revised October 15, 1992, shall apply.  This Order, insofar as just and practicable, shall apply to all appeals originating in those bankruptcy cases that were filed after the effective date of the Bankruptcy Reform Act of 1994, October 22, 1994, but before the date of this Order.

IT IS SO ORDERED.

DATE: April 28, 1995; amended May 9, 2002, amended May 4, 2010, amended February 18, 2015.

For the Judicial Council:

Sidney R. Thomas, Chief Judge
U.S. Court of Appeals