**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
AUG 1 6 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

FILED
CLERK, U.S. DISTRICT COURT
10/23/19
CENTRAL DISTRICT OF CALIFORNIA
BY: CP    DEPUTY

| In re: | |
|---|---|
| BRIGITTE LYN LAMONTE | CASE NO.: 6:19-BK-14124 WJ |
| | ADVERSARY NO.: N/A |
| | BAP/USDC NO.: 5:19-CV-01447-MWF |
| | NOTICE OF APPEAL FILED: 07/10/2019 |
| | APPEAL DOCKET ENTRY NO.: 43 |
| Debtor(s) | |

vs.

Plaintiff(s)

**APPEAL DEFICIENCY NOTICE TO:**

☐ BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

☒ UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Defendant(s)

The following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009.

☒ Statement of Issues
☒ Designation of Record
☒ Notice of Transcript
☒ Transcript(s)
☒ Filing Fee for Notice of Appeal
☐ Other (*specify*):

Kathleen J. Campbell
Clerk of Court

Date: 08/16/2019    By: Susan Hawkinson
                        Deputy Clerk