UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **EDCV 19-1447 MWF**                                              Date: November 5, 2019

Title     **In Re Brigitte Lyn LaMonte**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:
Not Present                                                   Not Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH FEDERAL RULES OF BANKRUPTCY PROCEDURE AND FOR LACK OF PROSECUTION**

On August 5, 2019, Appellant Brigitte Lyn LaMonte filed a Notice of Appeal and Statement of Election ("Notice of Appeal"). (Docket No. 1). That same day, a Notice Regarding Appeal from Bankruptcy Court was issued by the District Court Clerk ("Court Notice"). (Docket No. 5). Pursuant to the Court Notice, no later than August 19, 2019, Appellant was required to file with the Bankruptcy Court (1) a designation of record; (2) a statement of issues on appeal; and (3) a notice regarding the ordering of transcripts. (Court Notice, p. 1). The Court Notice further warned that "The failure of either party to comply with time requirements as stated in this notice and applicable rules may result in the dismissal of the appeal or the right to oppose the appeal." (Court Notice, p. 2).

On October 23, 2019, the Bankruptcy Court issued an Appeal Deficiency Notice for failure to file (1) the Statement of Issues; (2) the Designation of Record; (3) the Notice of Transcript; (4) Transcripts; and (5) the Filing Fee for the Notice of Appeal. (Docket No. 8).

Accordingly, the Court **ORDERS** Appellant Brigitte Lyn LaMonte to comply with the Court Notice and the Appeal Deficiency Notice no later than **December 5, 2019**. Failure to file the required documents and pay the filing fee on

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **EDCV 19-1447 MWF**                                                                                       Date: November 5, 2019

Title         **In Re Brigitte Lyn LaMonte**

or before that date will result in dismissal of this appeal for failure to comply with the Court's orders and for lack of prosecution.

    IT IS SO ORDERED.

                                                     Initials of Preparer:  RS/sjm