UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 5:19cv1447 Doc: 9

FILED
CLERK, U.S. DISTRICT COURT
DEC 18 2019
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Brigitte Lyn LaMonte
Care of Aubrey Simpson
35364 Yucaipa Blvd.
Yucaipa, CA 92399

-R-T-S- 923995468-1N 12/12/19

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER









Case: 5:19cv1447 Doc: 9

Brigitte Lyn LaMonte
Care of Aubrey Simpson
35364 Yucaipa Blvd.
Yucaipa, CA 92399

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<28730643@cacd.uscourts.gov>Subject:Activity in Case 5:19-cv-01447-MWF In re Brigitte Lyn LaMonte Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**
The following transaction was entered on 11/7/2019 at 9:04 AM PST and filed on 11/5/2019

| | |
|---|---|
| **Case Name:** | In re Brigitte Lyn LaMonte |
| **Case Number:** | 5:19-cv-01447-MWF |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**
**MINUTES (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH FEDERAL RULES OF BANKRUPTCY PROCEDURE AND FOR LACK OF PROSECUTION by Judge Michael W. Fitzgerald. The Court ORDERS Appellant Brigitte Lyn LaMonte to comply with the Court Notice and the Appeal Deficiency Notice no later than December 5, 2019. Failure to file the required documents and pay the filing fee on or before that date will result in dismissal of this appeal for failure to comply with the Court's orders and for lack of prosecution. (iv)**

**5:19-cv-01447-MWF Notice has been electronically mailed to:**
Rodney A Danielson joey@rodan13.com, bridget@rodan13.com, rod@rodan13.com
Barry S Glaser bglaser@lkfirm.com, ksimonian@lkfirm.com
**5:19-cv-01447-MWF Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Brigitte Lyn LaMonte
Care of Aubrey Simpson
35364 Yucaipa Blvd.
Yucaipa CA 92399

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **EDCV 19-1447 MWF** Date: November 5, 2019

Title **In Re Brigitte Lyn LaMonte**

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH FEDERAL RULES OF BANKRUPTCY PROCEDURE AND FOR LACK OF PROSECUTION**

On August 5, 2019, Appellant Brigitte Lyn LaMonte filed a Notice of Appeal and Statement of Election ("Notice of Appeal"). (Docket No. 1). That same day, a Notice Regarding Appeal from Bankruptcy Court was issued by the District Court Clerk ("Court Notice"). (Docket No. 5). Pursuant to the Court Notice, no later than August 19, 2019, Appellant was required to file with the Bankruptcy Court (1) a designation of record; (2) a statement of issues on appeal; and (3) a notice regarding the ordering of transcripts. (Court Notice, p. 1). The Court Notice further warned that "The failure of either party to comply with time requirements as stated in this notice and applicable rules may result in the dismissal of the appeal or the right to oppose the appeal." (Court Notice, p. 2).

On October 23, 2019, the Bankruptcy Court issued an Appeal Deficiency Notice for failure to file (1) the Statement of Issues; (2) the Designation of Record; (3) the Notice of Transcript; (4) Transcripts; and (5) the Filing Fee for the Notice of Appeal. (Docket No. 8).

Accordingly, the Court **ORDERS** Appellant Brigitte Lyn LaMonte to comply with the Court Notice and the Appeal Deficiency Notice no later than **December 5, 2019**. Failure to file the required documents and pay the filing fee on

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **EDCV 19-1447 MWF** Date: November 5, 2019

Title **In Re Brigitte Lyn LaMonte**

or before that date will result in dismissal of this appeal for failure to comply with the Court's orders and for lack of prosecution.

IT IS SO ORDERED.

Initials of Preparer: RS/sjm